No. 86–5442. IN RE BARONOWSKI; and
No. 86–5496. IN RE PASKALIK. Petitions for writs of prohibition denied.

No. 86–179. CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS ET AL. *v.* AMOS ET AL.; and
No. 86–401. UNITED STATES *v.* AMOS ET AL. Appeals from D. C Utah. Further consideration of question of jurisdiction postponed to hearing of cases on the merits, cases consolidated, and a total of one hour allotted for oral argument.

No. 86–421. BOARD OF DIRECTORS OF ROTARY INTERNATIONAL ET AL. *v.* ROTARY CLUB OF DUARTE ET AL. Appeal from Ct. App. Cal., 2d App. Dist. Further consideration of question of jurisdiction postponed to hearing of case on the merits. JUSTICE BLACKMUN and JUSTICE O'CONNOR took no part in the consideration or decision of this case.

No. 86–88. CITICORP INDUSTRIAL CREDIT, INC. *v.* BROCK, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari granted.

No. 86–177. TANNER ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari granted.

No. 86–87. UNITED STATES *v.* SALERNO ET AL. C. A. 2d Cir. Certiorari granted. Motion of the Solicitor General to expedite is granted. The Solicitor General's opening brief is due November 18, 1986. Respondent's brief is due December 18, 1986. Case is set for oral argument during the January Session.

No. 86–5375. BURGER *v.* KEMP, WARDEN. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.